UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **01-10055-CR-HIGHSMITH**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS PEREIRA, Sr.,

    Defendant.

_____/

## ORDER APPROVING EXCESS FEES

THIS CAUSE came before the Court upon Attorney J. Rafael Rodriguez's request for excess fees dated **September 28, 2009**.

THE COURT has considered the letter and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the request for excess fees is GRANTED. The Court agrees with Mr. Rodriguez that this case warrants excess fees. Mr. Rodriguez represented Defendant from June 6, 2006 through January 30, 2007. Defendant was a fugitive for a few years and Mr. Rodriguez had to review prior counsel's records when the Defendant was ultimately arrested and tried. He reviewed two trial boxes, which included police reports, plea agreements, defense witness documents, 404B pleadings, phones records, logs, photographs, property receipts, and other discovery. Counsel prepared a sentencing memorandum and challenged the Government's request for an elevated criminal history classification, a manager/supervisor role enhancement and an obstruction of justice enhancement.

In addition to this work, this case presented a unique circumstance in that on appeal, Mr. Rodriguez discovered that one day of the trial transcript was missing from the record. The Court

-2-

Reporter lost her notes in a hurricane and as a result the Eleventh Circuit remanded the case for reconstruction of the record.  Mr. Rodriguez was involved in numerous conferences with trial counsel, the trial prosecutor, and the appellate prosecutor in an effort to reconstruct the record.  The day that was missing from the transcript consisted of the arguments on the motion for judgment of acquittal, the charge conference, the defense case, closing arguments, and the jury instructions.  Eventually both sides stipulated to a reconstructed record after an evidentiary hearing was held.

Due to the volume of work and the unique circumstances presented in this case, the Court agrees that excess fees are appropriate.  Accordingly, the Court approves fees in the amount of $4,371.85 (Voucher FLS 06-1189) and $5,084.65 (Voucher FLS 09-1189) in accordance with Mr. Rodriguez's vouchers.  For which sums let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record